1   George S. Trevor (Bar No. 127875)
     gtrevor@pswplaw.com
2   Esther L. Klisura (Bar No. 221171)
     eklisura@pswplaw.com
3   PEARSON, SIMON, WARSHAW & PENNY, LLP
    44 Montgomery Street, Suite 2450
4   San Francisco, California 94104
    Telephone:    (415) 433-9000
5   Facsimile:    (415) 433-9008

6   *Attorneys for Plaintiff Craig Herold*

7   Cheryl L. Schreck (Bar No. 130083)
     cheryl.schreck@ogletreedeakins.com
8   OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
9   633 West 5th Street, 53rd Floor
    Los Angeles, California 90071
10  Telephone:    (213) 438-1280
    Facsimile:    (213) 239-9045
11
    *Attorneys for Defendant Kaba Ilco Inc.*
12

13              **UNITED STATES DISTRICT COURT**

14      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

15

16  CRAIG HEROLD,                         CASE NO. C10-01023 SBA

17              Plaintiff,                 **STIPULATION AND ORDER RE
                                           MEDIATION**
18      vs.

19  KABA ILCO INC.,

20              Defendant.

21

22      WHEREAS on June 8, 2010, plaintiff and defendant filed a Stipulation and Proposed

23  Order Selecting ADR Process (Docket No. 12), whereby they agreed to submit this case to private

24  mediation with mediator Mark Rudy, Esq.;

25      WHEREAS plaintiff and defendant have reserved October 7, 2010 for the mediation;

26      WHEREAS on July 16, 2010, the Court referred this case to the Northern District of

27  California's Mediation Program;

28      WHEREAS on July 19, 2010, the Northern District of California's Mediation Program

816616.1

**STIPULATION AND [PROPOSED] ORDER RE MEDIATION**

1    advised plaintiff's counsel that if the parties wish to submit the matter to private mediation, the

2    case should be removed from the Court's Mediation Program;

3          IT IS HEREBY STIPULATED by plaintiff and defendant by their undersigned counsel

4    that this case should be removed from the Northern District of California's Mediation Program.

5          SO STIPULATED.

6

7    Dated:  July 20, 2010                    By:      /s/ George S. Trevor
8                                                      George S. Trevor
                                                       PEARSON, SIMON, WARSHAW &
9                                                      PENNY, LLP
                                                       44 Montgomery Street, Suite 2450
10                                                     San Francisco, CA 94104

11                                                     *Attorneys for Plaintiff Craig Herold*

12

13   Dated:  July 20, 2010                    By:      /s/ Cheryl L. Schreck
                                                       Cheryl L. Schreck
14                                                     OGLETREE, DEAKINS, NASH, SMOAK &
                                                       STEWART, P.C.
15                                                     633 West 5th Street, 53rd Floor
                                                       Los Angeles, California 90071
16
                                                       *Attorneys for Defendant Kaba Ilco Inc.*
17

18

19

20                                **ORDER**

21          Good cause appearing, this case shall be removed from the Northern District of

22   California's Mediation Program.  This case is hereby referred to private mediation, which shall be

23   completed by November 24, 2010.

24          SO ORDERED.

25

26   Date:   7/20/10_____

27                                                     Honorable Saundra Brown Armstrong
                                                       United States District Court

28